UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Happy Halloween, Inc., a Texas Corporation, and Todd James, an individual, d/b/a Happy Halloween, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Screams, LLC, a Texas Limited Liability Company,<br><br>Defendant. | No.  11-cv-01513-RSL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**STIPULATED MOTION**

WHEREAS the Complaint in the above captioned action was filed on September 13, 2011;

WHEREAS the Complaint was served on Defendant Screams, LLC on October 11, 2011;

WHEREAS the Court previously ordered on November 22, 2011, that the time for Defendant Screams, LLC to answer, file counterclaims, or otherwise respond to the Complaint in this case would be extended up to and including January 30, 2012;

WHEREAS the parties are actively trying to settle this matter;

STIPULATION AND ORDER  - 1

DOZIER INTERNET LAW, P.C.
11520 Nuckols Road, Suite 101
Glen Allen, Virginia 23059
(804) 346-9770

WHEREAS Defendant has requested an additional thirty (30) days to answer, file counterclaims, or otherwise respond to the Complaint, and Plaintiffs have consented to this request;

WHEREAS Defendant is not making a general appearance by this Stipulation and neither Plaintiffs nor the Defendant intend to waive or otherwise impair any available substantive or procedural claims or defenses;

IT IS HEREBY STIPULATED AND AGREED that:

1. The time for Defendant Screams, LLC to answer, file counterclaims, or otherwise respond to the Complaint in this case shall be extended up to and including February 29, 2012.
2. By entering into this stipulation, Plaintiffs and the Defendant do not waive or otherwise impair any available substantive or procedural claims or defenses.
3. This stipulation may be executed by facsimile and in counterparts.

Dated this 20th day of January, 2012.

Presented by:

**NEWMAN DU WORS LLP**

/s/ Randall Moeller
Derek A. Newman, Esq. WSBA No. 26967
Randall Moeller, Esq. WSBA No. 21094
1201 Third Avenue, Suite 1600
Seattle, Washington 98101

**DOZIER INTERNET LAW, P.C.**

/s/ John W. Dozier, Jr.
John W. Dozier, Jr., Esq., *pro hac vice*
11520 Nuckols Rd., Suite 101
Glen Allen, Virginia 23509
Tel: (804) 346-9770
Fax: (804) 346-0800
Email: jwd@cybertriallawyer.com

*Attorneys for Plaintiff Happy Halloween, Inc., a Texas Corporation, and Todd James, an individual, d/b/a Happy Halloween, Inc.*

**GIBSON, DUNN & CRUTCHER LLP**

　　　　/s/ Howard S. Hogan
Howard S. Hogan, Esq., *pro hac vice* forthcoming
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 530-9550
Email: hhogan@gibsondunn.com

*Attorneys for Defendant, Screams, LLC*

IT IS SO ORDERED.

Dated this ____ day of January, 2012.

_____
THE HONORABLE JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER  - 3

DOZIER INTERNET LAW, P.C.
11520 Nuckols Road, Suite 101
Glen Allen, Virginia 23059
(804) 346-9770